IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN MILLER, and those similiarly situated; APRIL MILLER, and those similiarly situated; and A.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>NORA BETH DORSEY, Special Masters, United States Federal Court of Claims; all acting in their individual and official capacities; ANN MARTIN, Secretary of Health and Human Services; all acting in their individual and official capacities; KENNETH C. FRAZIER, Merck; all acting in their individual and official capacities; EMMA WALMSLEY, Glaxosmith Kline; all acting in their individual and official capacities; EMILEE M. COOPER, All acting in their individual and official capacities; JENNIFER R. SHAFER, MD; all acting in their individual and official capacities; and LINCOLN FAMILY MEDICAL CENTER, all acting in their official and individual capacities;<br><br>Defendants. | 4:18CV3031<br><br>MEMORANDUM<br>AND ORDER |

Plaintiff Sean Miller, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted to Plaintiff Sean Miller, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 6th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge